IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 18-06112-CV-SJ-ODS |
| $470,558.94 SEIZED FROM PLATTE VALLEY BANK ACCOUNT NO. XX2121 IN THE NAME OF ZIESON CONSTRUCTION COMPANY LLC, *et al.*, | ) |
| *Defendants.* | ) |
| MLT INVESTMENTS LLC MATTHEW L. TORGESON | ) |
| *Claimants.* | ) |

## VERIFIED CLAIM OF INTEREST OF MLT INVESTMENTS LLC AND MATTHEW L. TORGESON

1. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimants MLT Investments LLC and Matthew L. Torgeson, hereby file this verified claim and assert their interests and rights in the following Defendants *in* rem in this action, as identified in the Complaint for Forfeiture in Rem:

    a. The defendant $470,558.94 seized from Platte Valley Bank Account Number ending in 2121 in the name of Zieson Construction Company LLC;

    b. The defendant $1,000,000.00 seized from Platte Valley Bank Account Number ending in 2022 in the name of Zieson Construction Company LLC;

c. The defendant $370,536.32 seized from CoreFirst Bank & Trust Account Number ending in 1454 in the name of Zieson Construction Company LLC.

2. Claimant MLT Investments LLC, is a Kansas limited liability company in good standing. Claimant Matthew L. Torgeson is a United States citizen and resident of the State of Kansas. Matthew L. Torgeson is a governing person of MLT Investments LLC.

3. Claimants MLT Investments LLC and Matthew L. Torgeson respectfully assert a claim to, and a legally cognizable interest in, the assets listed above up to and including the amount of $1,217,000.00, which are amounts owed to MLT Investments LLC by Zieson Construction Company LLC. By his verified signature below, Claimant contests the forfeiture of these assets on behalf of MLT Investments LLC and on behalf of his personal interests in MLT Investments LLC up to the amount of $1,217,000.00.

# VERIFICATION

I, Matthew L. Torgeson individually and on behalf of MLT Investments LLC, hereby declare that I have read the foregoing claim. I verify and declare, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief. This verification is made under penalty of perjury.

8.27.18
DATE

Matthew L. Torgeson

STATE OF MISSOURI      )
                       ) ss.
COUNTY OF JACKSON      )

Subscribed and sworn to before me, in my presence, this 27 day of August, 2018, a Notary Public, in and for the County of Jackson, State of Missouri.

Seal:

Notary Public

TERESA HOPE WILLIAMS
Notary Public – Notary Seal
Jackson County – State of Missouri
Commission Number 17529124
My Commission Expires Nov 8, 2021

3

Respectfully submitted,

GADDY LAW LLC

By:     */s/ W. Brian Gaddy*
        W. BRIAN GADDY     #42701
        600 Broadway Blvd., Ste. 670
        Kansas City, MO 64105
        Tel:     (816) 221-8989
        Fax:     (816) 945-6340
        Email: bgaddy@gaddylawllc.com
        ***Counsel for Claimant Torgeson and***
        ***MLT Investments LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of August, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record, including the following:

Stacey Perkins Rock
Assistant United States Attorney
U.S. Attorney's Office
400 E. 9th St, Ste. 5510
Kansas City, MO 64106
***Attorney for the United States***

        */s/ W. Brian Gaddy*
        ***Counsel for Claimant Torgeson and***
        ***MLT Investments LLC***

4